IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> MICHAEL JOHNATHON VELA, <br><br> Defendant. | Criminal No. 4:19-CR-86 <br><br> GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION FOR RELEASE BEFORE SENTENCING |

1. On April 29, 2020, the government filed a response to defendant's motion for release from custody and expedited relief. (Dkt. 242.) That filing included a description of the COVID19 cases at the Polk County Jail (PCJ) at that time.

2. On May 11, 2020, by email, defense counsel requested the government file a supplemental response identifying any changes in the status of the COVID19 situation at the PCJ.

3. As of May 11, 2020, the total number of confirmed COVID19 inmates in custody at PCJ is 21. Two of those inmates are federal inmates in the custody of the United States Marshals Service (USMS) in the Southern District of Iowa. Defendant is not one of the two federal inmates described in this paragraph.

4. As of May 11, 2020, the total number of federal inmates who have been in contact with COVID19 confirmed inmates is 11. Defendant is not one of the 11 federal inmates described in this paragraph.

The government continues to oppose defendant's motion for release and

1

expedited relief.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: /s/ Amy Jennings
Amy Jennings
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax: (515) 473-9292
Email:  amy.jennings2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: /s/ Suellen Irwin
        Paralegal Specialist