IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL JOHNATHON VELA,<br><br>Defendant. | Criminal No. 4:19-CR-86<br><br>GOVERNMENT'S SECOND SUPPLEMENTAL RESPONSE TO MOTION FOR RELEASE BEFORE SENTENCING |

1. On April 29, 2020, the government filed a response to defendant's motion for release from custody and expedited relief. (Dkt. 242.) That filing included a description of the COVID19 cases at the Polk County Jail (PCJ) at that time.

2. On May 11, 2020, by email, defense counsel requested the government file a supplemental response identifying any changes in the status of the COVID19 situation at the PCJ.

3. On May 12, 2020, the government filed a supplemental response to defendant's motion for release from custody and expedited relief. (Dkt. 247.) That supplemental response contained information from the PCJ that was current as of May 11, 2020. *Id.*

4. Within an hour of filing the supplemental response to defendant's motion for release from custody and expedited relief (Dkt. 247), the government received information regarding PCJ that was updated through the morning of May 12, 2020. That information is below.

1

5. A total of 37 inmates have tested positive for COVID19. An additional 35 inmates have been tested and are awaiting test results. Defendant is not one of the 37 inmates who has tested positive for COVID19.

6. In relation to the new positive tests, the inmates in two housing units began showing symptoms. The PCJ medical team locked down these two units and began evaluations of the inmates for testing. These tests resulted in the present positives. The two units are presently under quarantine. Any state or federal inmates who have tested positive are transferred to a separate COVID-19 unit. To date, no inmates have required hospitalization.

The government continues to oppose defendant's motion for release and expedited relief.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: */s/ Amy Jennings*
Amy Jennings
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa  50309
Tel:  (515) 473-9300
Fax:  (515) 473-9292
Email:  amy.jennings2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  \_\_\_\_\_ Fax  \_\_\_\_\_Hand Delivery

  X   ECF/Electronic filing     \_\_\_\_Other means


UNITED STATES ATTORNEY

By: /s/ Suellen Irwin
        Paralegal Specialist